# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

# CHARLESTON DIVISION

ZOUKA ROSEN, et al.,

        Plaintiffs,

v.                                      CIVIL ACTION NO. 2:12-cv-05068

UMAKANT M. KHETAN, M.D.,

        Defendant.

## MEMORNADUM OPINION AND ORDER

On July 15, 2019, I entered an order dismissing "Does 1-30" without prejudice and directing plaintiffs to show cause on or before August 5, 2019, why their case should not be dismissed without prejudice as to the remaining defendant, Umakant M. Khetan, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiffs have not shown cause. The court **ORDERS** that plaintiffs' case must be dismissed without prejudice pursuant to Rule 4(m) for failure to serve the remaining defendant within 90 days after the complaint was filed.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: October 16, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE